# GOVERNMENT EXHIBIT LIST

| | |
|---|---|
| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT |
| ASSISTANT U.S. ATTORNEY: NEIL KARADBIL<br>DEP'T OF JUSTICE ATTORNEY: GREG TORTELLA | CASE NUMBER: 13-60029<br>JUDGE: ROBERT N. SCOLA, JR.<br>Page **1** of **14** |

| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
|---|---|---|---|---|
| 1a | Florida Division of Corporations records for Kings Enterprises and Tax Services | | | |
| 1b | Florida Division of Corporations records for Worldwide Financial Income Tax Services | | | |
| 1c | Florida Division of Corporations records for Worldwide Income Tax and Multiservices | | | |
| 1d | Florida Division of Corporations records for HH Endeavour LLC | | | |
| 1e | Florida Division of Corporations records for Go Wireless Communications | | | |
| 1f | Florida Division of Corporations records for Rum Squad Music Group, Inc. | | | |
| 1g | Florida Division of Corporations records for 24Hr Tax and Multiservices | | | |
| 1h | Florida Division of Corporations records for Royal Tax Multiservices | | | |
| 1i | Florida Division of Corporations records for Imperial Check Cashing | | | |
| 1j | Florida Division of Corporations records for Imperial Financial Capital | | | |
| 1k | Florida Division of Corporations records for | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **2** of **14** |
|---|---|

| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
|---|---|---|---|---|
| | Lucky Star Check Cashing Services LLC | | | |
| 1l | Florida Division of Corporations records for Miami Gardens Check Cashing Services LLC | | | |
| 1m | Florida Division of Corporations records for Miami Gardens Check Cashing Store LLC | | | |
| 2a | JP MorganChase Bank Account-4827; Go Wireless Communications LLC records | | | |
| 2b | JP MorganChase Bank Account-6610; Go Wireless Communications LLC records | | | |
| 2c | JP MorganChase Bank Account-3290; HH Endeavour LLC Communications records | | | |
| 2d | JP MorganChase Bank Account-3308; HH Endeavour LLC Communications records | | | |
| 2e | JP MorganChase Bank Account-2635; Chantal Paul Irrevocable Trust records | | | |
| 2f | JP MorganChase Bank Account-0025; FUTMA for Haley Wilmore records | | | |
| 2g | JP MorganChase Bank Account-9171; Royal Tax Multiservices LL records | | | |
| 2h | JP MorganChase Bank Account-3317; WorldWide Income Tax Multi Services LLC records | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **3** of **14** |
|---|---|

| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
|---|---|---|---|---|
| 2i | JP MorganChase Bank Account-6918; Herve Wilmore Check Account records | | | |
| 2j | JP MorganChase Bank Account-6984; Herve Wilmore Savings Account records | | | |
| 2k | JP MorganChase Bank Account-7324; 24Hr Tax Multiservices records | | | |
| 2k1 | JP MorganChase Bank Account-7324 checks to HH Endeavour LLC (6) | | | |
| 2k2 | JP MorganChase Bank Account-7324 checks to Sandra St. Philippe (3) | | | |
| 2k3 | JP MorganChase Bank Account-7324 checks to Chantal Paul (1) | | | |
| 3 | Wells Fargo records for John Similien Personal Checking Account-3805 | | | |
| 4a | Wachovia records for Miami Gardens Check Cashing Store-3304 | | | |
| 4b | Wachovia records for Lucky Star Check Cashing Multi Services-1952 | | | |
| 4c | Wachovia records for Lucky Star Check Cashing Services-2312 | | | |
| 4d | Wachovia records for Worldwide Financial Income Tax Services LLC-3249 | | | |
| 4e | Wachovia records for Worldwide Financial | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **4** of **14** |
|---|---|

| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
|---|---|---|---|---|
| | Income Tax and Multiservices-3317 | | | |
| 5a | Kings Enterprises and Tax Services checks to Wilmore (4) | | | |
| 5b | Imperial Check Cashing, Inc. payroll checks to Wilmore (4) | | | |
| 5c | E Tax Financial Services checks to Wilmore (1) | | | |
| 5d | Miami Gardens Check Cashing Store LLC checks to Wilmore (2) | | | |
| 5e | Worldwide Income Tax Multiservices LLC checks to Wilmore (3) | | | |
| 6a | 4747 Hollywood Boulevard Application for Mailbox 128 | | | |
| 6b | 4747 Hollywood Boulevard Application for Mailbox 191 | | | |
| 6c | 4747 Hollywood Boulevard Application for Mailbox 192 | | | |
| 6d | 4747 Hollywood Boulevard Application for Mailbox 199 | | | |
| 6e | 4747 Hollywood Boulevard Application for Mailbox 152 | | | |
| 6f | 4747 Hollywood Boulevard Box with IRS correspondence records | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **5** of **14** |
|---|---|

| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
|---|---|---|---|---|
| 7a | Condado Real Property HOA Payments | | | |
| 7b | Condado Real Property HOA Application for Apartment 214 | | | |
| 7c | United States Treasury Checks sent to Apartment 214 | | | |
| 8a | Miami Gardens Check Cashing folder–Jim Jones from 132nd Office | | | |
| 8b | Miami Gardens Check Cashing folder -Edwin Bonannee | | | |
| 8c | Miami Gardens Check Cashing folder -VG | | | |
| 8d | Miami Gardens Check Cashing folder -Dou Dou | | | |
| 8e | Miami Gardens Check Cashing folder -Jim Jones | | | |
| 8f | Miami Gardens Check Cashing folder -Dread 120-132 Tax Off | | | |
| 8g | Miami Gardens Check Cashing folder -Herve | | | |
| 8h | Miami Gardens Check Cashing folder -American Flag Folder (Herve) | | | |
| 8i | Miami Gardens Check Cashing folder -Viggie from 132nd Tax Office | | | |
| 8j | Miami Gardens Check Cashing folder -Alexis/VG | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **6** of **14** |
|---|---|

| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
|---|---|---|---|---|
| | Sister | | | |
| 8k | Miami Gardens Check Cashing folder -Laptop/120th | | | |
| 9a | 2010 Porsche Panamera Accurint records (Wilmore) | | | |
| 9b | 2010 Porsche Panamera purchase records (Wilmore) | | | |
| 10a | 24Hr Tax Multiservices-Certified IRS Lack of Records Tax Years 2008-2012 | | | |
| 10b | Go Wireless Communications LLC-Certified IRS Lack of Records Tax Years 2008-2012 | | | |
| 10c | HH Endeavour LLC-Certified IRS Lack of Records Tax Years 2008-2012 | | | |
| 10d | Royal Tax Services LLC-Certified Lack of Records Tax Years 2008-2012 | | | |
| 10e | Rum Squad Music Group, Inc.-Certified IRS Lack of Records Tax Years 2008-2012 | | | |
| 10f | Worldwide Income Tax Multiservices-Certified IRS Lack of Records Tax Years 2008-2012 | | | |
| 11 | Henry Dorvil Plea Agreement | | | |
| 12 | Dukens Eleazard Plea Agreement | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **7** of **14** | | |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
| 13 | Marie Eleazard Plea Agreement | | | |
| 14 | Jesse Harrell Plea Agreement | | | |
| 15 | Corey Williams Plea Agreement | | | |
| 16 | Luckner St. Fleur Plea Agreement | | | |
| 17 | Brandon Johnson Plea Agreement | | | |
| 18 | John Similien Fingerprint Card (taken 9/29/2013) | | | |
| 19 | John Similien Fingerprint Card (taken 4/13/2012) | | | |
| 20a | John Similien- Certified IRS Lack of Record Tax Year 2008 | | | |
| 20b | John Similien- Certified IRS Form 1040 Tax Return Tax Year 2009 | | | |
| 20c | John Similien- Certified IRS Form 1040 Tax Return Tax Year 2010 | | | |
| 20d | John Similien- Certified IRS Form 1040 Tax Return Tax Year 2011 | | | |
| 21a | Herve Wilmore- Certified IRS Form 1040 Tax Return Tax Year 2008 | | | |
| 21b | Herve Wilmore- Certified IRS Form 1040 Tax | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **8** of **14** |
|---|---|

| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
|---|---|---|---|---|
| | Return Tax Year 2009 | | | |
| 21c | Herve Wilmore- Certified IRS Lack of Record Tax Year 2010 | | | |
| 21d | Herve Wilmore- Certified IRS Form 1040 Tax Return Tax Year 2011 | | | |
| 22a | Delvin Jean Baptiste- Certified IRS Form 1040 Tax Return Tax Year 2008 | | | |
| 22b | Delvin Jean Baptiste- Certified IRS Form 1040 Tax Return Tax Year 2009 | | | |
| 22c | Delvin Jean Baptiste- Certified IRS Lack of Record Tax Year 2010 | | | |
| 22d | Delvin Jean Baptiste- Certified IRS Form 1040 Tax Return Tax Year 2011 | | | |
| 23 | Claude Lampkin- Certified IRS Form 1040 Tax Return Tax Year 2010 | | | |
| 24 | Raquel Culpepper- Certified IRS Form 1040 Tax Return Tax Year 2010 | | | |
| 25 | Craig Aicher- Certified IRS Form 1040 Tax Return Tax Year 2010 | | | |
| 26 | Madelyn Maxfield- Certified IRS Form 1040 Tax Return Tax Year 2010 | | | |
| 27 | Darnell Johnson- Certified IRS Form 1040 Tax Return Tax Year 2010 | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **9** of **14** | | |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
| 28 | Jacqueline Jennings- Certified IRS Form 1040 Tax Return tax Year 2010 | | | |
| 29a | EFIN-602163-Kimberly Lamont- Certified IRS EFIN Registration and Summary | | | |
| 29b | EFIN-603968-Patrisia Joseph-Certified IRS EFIN Registration and Summary | | | |
| 29c | EFIN-604006-Evans Niclasse-Certified IRS EFIN Registration and Summary | | | |
| 29d | EFIN-604543-Montoy Abrams-Certified IRS Registration and Summary | | | |
| 29e | EFIN-604552-John Similien-Certified IRS EFIN Registration and Summary | | | |
| 29f | EFIN-604552-Gerline Sterlin-Certified EFIN Registration and Summary | | | |
| 30a | EFIN-604006-Application and Disbursement Summary (Niclasse) | | | |
| 30b | EFIN-603968-Santan Barbara Application and Disbursement Summary (Joseph) | | | |
| 30c | EFIN-604543-Santa Barbara Application and Disbursement Summary (Abrams) | | | |
| 30d | EFIN-602163-Santa Barbara Application and | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **10** of **14** | | |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
| | Disbursement Summary (Lamont) | | | |
| 30e | EFIN-606696-Application and Disbursement Summary | | | |
| 30f | EFIN-604552-Application and Disbursement Summary (Sterline) | | | |
| 31a | EFIN-602163-Kimberly Lamont Tax Year 2009-Tax Returns | | | |
| 31b | EFIN-602163-Kimberly Lamont Tax Year 2009-Prisoner Returns | | | |
| 31c | EFIN-602163-Kimberly Lamont Tax Year 2009-Deceased Returns | | | |
| 31d | EFIN-602163Kimberly Lamont Tax Year 2009-Herve Wilmore Prepared Returns | | | |
| 32a | EFIN-603968-Patrisia Joseph Tax Year 2010-Tax Returns | | | |
| 32b | EFIN-603968-Patrisia Joseph Tax Year 2010-Prisoner Tax Returns | | | |
| 32c | EFIN-603968-Patrisia Joseph Tax Year 2010-Deceased Tax Returns | | | |
| 32d | EFIN-603968-Patrisia Joseph Tax Year | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **11** of **14** | | |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
| | 2010—4747 Hollywood Boulevard Tax Returns | | | |
| 32e | EFIN-603968-Patrisia Joseph Tax Year 2011-Tax Returns | | | |
| 32f | EFIN-603968-Patrisia Joseph Tax Year 2011-Prisoner Tax Returns | | | |
| 32g | EFIN-603968-Patrisia Joseph Tax Year 2011-Deceased Tax Returns | | | |
| 33a | EFIN-604006-Evans Niclasse Tax Year 2010-Tax Returns | | | |
| 33b | EFIN-604006-Evans NIclasse Tax Year 2010-Prisoner Returns | | | |
| 33c | EFIN-604006-Evans Niclasse Tax Year 2010-Deceased Returns | | | |
| 33d | EFIN-604006-Evans Niclasse Tax Year 2010-Delvin Jean Baptitste Prepared Returns | | | |
| 34a | EFIN-604543-Montoy Abrams-Tax Year 2010-Tax Returns | | | |
| 34b | EFIN-604543-Montoy Abrams-Tax Year 2010-Prisoner Tax Returns | | | |
| 34c | EFIN-604543-Montoy Abrams-Tax Year | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **12** of **14** | | |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
| | 2010-Deceased Tax Returns | | | |
| 34d | EFIN-604543-Montoy Abrams-Tax Year 2010-4747 Hollywood Boulevard Tax Returns | | | |
| 34e | EFIN-604543-Montoy Abrams-Tax Year 2011-Tax Returns | | | |
| 34f | EFIN-604543-Montoy Abrams-Tax Year 2011-Prisoner Returns | | | |
| 34g | EFIN-604543-Montoy Abrams-Tax Year 2011-Deceased Tax Returns | | | |
| 34h | EFIN-604543-Montoy Abrams-Tax Year 2011-4747 Hollywood Boulevard Tax Returns | | | |
| 35a | EFIN-604552-John Similien-Tax Year 2010-Tax Returns | | | |
| 35b | EFIN-604552-John Similien-Tax Year 2010-Prisoner Tax Returns | | | |
| 35c | EFIN-604552-John Similien-Tax Year 2010-Deceased Tax Returns | | | |
| 36a | EFIN-606696-Gerline Sterlin-Tax Year 2011-Tax Returns | | | |
| 36b | EFIN-606696-Gerline Sterlin-Tax Year | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **13** of **14** | | |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |
| | 2011-Prisoner Tax Returns | | | |
| 36c | EFIN-606696-Gerline Sterlin-Tax Year 2011-Deceased Tax Returns | | | |
| 37 | Tax Returns Routed to 4747 Hollywood Boulevard, Hollywood, FL 33023 | | | |
| 38 | 2009-Tax Returns-Cashed at Miami Gardens Check Cashing | | | |
| 39a | 2010-Tax Returns-Cashed at Lucky Star Check Cashing | | | |
| 39b | 2011-Tax Returns-Cashed at Lucky Star Check Cashing | | | |
| 40a | P15285968-Herve Wilmore PTIN Summary | | | |
| 40b | P00865524-Herve Wilmore PTIN Summary | | | |
| 41 | P01244293-Delvin Jean Baptiste PTIN Summary | | | |
| 42 | P01370020-John Similien PTIN Summary | | | |
| 43 | Wachovia-IRS Revenue Agent Summary | | | |
| 44 | JP MorganChase- IRS Revenue Agent Summary | | | |
| 45 | | | | |
| | | | | |

| UNITED STATES vs. HERVE WILMORE, DELVIN JEAN BAPTISTE AND JOHN SIMILIEN | | SOUTHERN DISTRICT OF FLORIDA<br>UNITED STATES DISTRICT COURT<br><br>Page **14** of **14** | | |
|---|---|---|---|---|
| EXHIBIT NO. | DESCRIPTION | WITNESS | I. D. WITNESS | WITNESS ADMITTED |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |